DISCIPLINARY COUNSEL *v.* JAFFE.

[Cite as *Disciplinary Counsel v. Jaffe,*
106 Ohio St.3d 1207, 2005-Ohio-4554.]

(No. 2004–0065—Submitted August 11, 2005—Decided August 18, 2005.)

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, David I. Jaffe, Attorney Registration No. 0005153, last known business address in Solon, Ohio.

{¶ 2} The court coming now to consider its order of June 9, 2004, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of two years with the second year stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that respondent be, and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Disciplinary Counsel v. Jaffe,* 102 Ohio St.3d 273, 2004-Ohio-2685, 809 N.E.2d 1122.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.